UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | CV 23-10780-TJH(SPx) | Date | AUGUST 21, 2024 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 104.172.99.209 |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Notice of voluntary dismissal filed [15], this case is dismissed without prejudice.

IT IS SO ORDERED.

cc: all parties